AO 450 (Rev. 5/85) Judgment in a Civil Case

*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF OHIO*
Eastern Division

**RAYMOND ORRAND, et al.,**

      **Plaintiffs,**

                  **JUDGMENT IN A CIVIL CASE**

**v.**

**CAVOTTA LANDSCAPERS, INC.,**    **CASE NO. 2:13-cv-796**
                                          **JUDGE EDMUND A. SARGUS, JR.**
                                          **MAGISTRATE JUDGE ELIZABETH PRESTON DEAVERS**

      **Defendant.**

_____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the OPINION AND ORDER filed October 7, 2014, JUDGMENT is hereby entered against Cavotta Landscapers. This case is DISMISSED.**

Date: October 7, 2014                    JOHN P. HEHMAN, CLERK

                                          */S/ Andy F. Quisumbing*
                                          (By) Andy F. Quisumbing
                                          Courtroom Deputy Clerk